# Court of Appeals
# of the State of Georgia

ATLANTA,  October 11, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1037.  WILLIE C. LEACH v. KEVIN RYAN et al.**

Upon consideration of the APPELLANT'S motion TO WITHDRAW APPEAL in the above-styled case, it is ordered that the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/11/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*